UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SUSAN R. LIMOR, TRUSTEE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:04-0855 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| TRAVELERS INSURANCE CO. | ) | |
| and THE PHOENIX INSURANCE CO. | ) | |
| (One of the Travelers Insurance | ) | |
| Companies) (n/k/a St. Paul Travelers | ) | |
| Companies Inc.) | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by the defendant, (Docket No. 33), is **GRANTED** in part and **DENIED** in part. The plaintiff's claim for gross negligence will be **DISMISSED**. Summary judgment as to the plaintiff's claim for bad faith failure to settle within the policy limits will be **DENIED**.

It is so ordered.

Entered this 28th day of November 2006.

ALETA A. TRAUGER
United States District Judge